IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40760
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

versus

ROBERT ALLEN MELANSON,

                                      Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CR-59-4
- - - - - - - - - -
April 10, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Robert Allen Melanson pleaded guilty to aiding and abetting the armed robbery of a motor vehicle and the district court sentenced him to a 110-month term of imprisonment. Melanson argues that the district court clearly erred by refusing to reduce his offense level on the basis that he was a minor participant in the offense. Having reviewed the record and the briefs of the parties, we AFFIRM. See United States v. Zuniga, 18 F.3d 1254, 1260 n.10 (5th Cir. 1994).

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.